IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**STEPHANIE R. WILSON**                      **PLAINTIFF**

**V.**                      **CAUSE NUMBER: 4:14CV156 M-A**

**BOLIVAR COUNTY MISSISSIPPI,**                      **DEFENDANTS**
**(Bolivar County Board of Supervisors), ET AL.**

### ORDER DISMISSING ACTION
### BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 2nd day of September, 2015.

                                         /s/ MICHAEL P. MILLS
                                         **UNITED STATES DISTRICT JUDGE**
                                         **NORTHERN DISTRICT OF MISSISSIPPI**