IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**STEPHANIE R. WILSON**                                            **PLAINTIFF**

**VERSUS**                                                   **NO.: 4:14-CV-156-MPM-SAA**

**BOLIVAR COUNTY MISSISSIPPI
(BOLIVAR COUNTY BOARD OF
SUPERVISORS), BOLIVAR COUNTY
REGIONAL CORRECTIONAL FACILITY
And JOHN DOES 1-100 INCLUSIVE**                         **DEFENDANTS**

---

### ORDER OF JUDGMENT

---

Pursuant to Plaintiff's, **STEPHANIE R. WILSON**'s, acceptance of Defendants' Fed. R. Civ. P. Rule 68 Offer of Judgment, this Honorable Court enters judgment against Defendant, **BOLIVAR COUNTY MISSISSIPPI (BCM)**, as follows:

(1) BCM shall cause to be paid to Plaintiff, Stephanie R. Wilson, the Sum of Ten thousand and no one hundred dollars ($10,000.00), inclusive of all claims including attorney's fees accrued to date under the Civil Rights Attorneys Fees Awards Act, 42 U.S.C. §1988, and costs accrued to date.

(2) BCM affirms that it is and shall be the policy of BCM not to discriminate on the basis of race, age, national origin, ethnicity, sex, sexual orientation, gender, religion or sexual harassment in any programs, activities, and services offered or otherwise made available by or through, and that it is the policy of to maintain an environment that is free from sexual harassment and discrimination. This includes, but is not limited to, harassment, bullying, and discrimination based on an individual's real or perceived race, color, sex, religion, creed, age, national origin, sexual orientation, gender identity and expression, socioeconomic status, or disability. It shall be a violation of this policy for any administrator, or other personnel to harass, or discriminate against any person based upon any of the differences listed above. It shall also be a violation of this policy for any administrator or other personnel to tolerate such harassment or discrimination of any person by a personnel, or by any third parties subject to BCM's supervision and control.

(3) This offer is conditioned upon its acceptance in writing by plaintiff. The above constitutes the entirety of this Offer of Judgment and BCM believes in good faith that the plaintiff's rights under Title VII of the 1964 Civil Right Act have not been violated by any act, omission, policy, custom or practice of BCM. The monetary offer set forth in the first numbered paragraph of this Offer of Judgment is being made and paid from BCM funds and not from any insurance carrier, pursuant to a policy of insurance coverage.

This the 25th day of September, 2015.

/s/ **MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**